**SEALED**

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Dec 15, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00326-ADA-BAM |
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| JEREMY ROBERT GOBER, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 15, 2022, charging the above defendant with a violation of 18 U.S.C. § 1347 – Health Care Fraud (Nine Counts); 18 U.S.C. § 1028a(A)(1) – Aggravated Identity Theft (Two Counts); 18 U.S.C. § 982(a)(7) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail,

///

///

///

that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

Dated: December 15, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By　　/s/ Joseph D. Barton
　　　　　　　　　　　　　　　　　　　　JOSEPH D. BARTON
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:　December 15, 2022

　　　　　　　　　　　　　　　　　　　　ERICA P. GROSJEAN
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge