PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**

Dec 16, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY ROBERT GOBER, <br><br> Defendant. | CASE NO. 1:22-CR-00326-ADA-BAM <br><br> MOTION AND ORDER TO UNSEAL CASE |

The government moves the Court to unseal the Indictment and all other filings in this case. On December 16, 2022, Jeremy Gober was arrested and will make his initial appearance as soon as possible. Therefore, the case should be unsealed to advise Mr. Gober of the charges against him.

Dated: December 16, 2022

Very truly yours,
 PHILLIP A. TALBERT
 United States Attorney


*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

1

```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  JOSEPH D. BARTON
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>          v.<br><br>JEREMY ROBERT GOBER,<br><br>                      Defendant. | CASE NO. 1:22-CR-00326-ADA-BAM<br><br>MOTION AND ORDER TO UNSEAL CASE |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED

DATED: 12/16/2022

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

2