PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEREMY GOBER,<br>Defendant. | Case No. 1:22-CR-00326-ADA-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for March 8, 2023, at 1:00 p.m., may be continued until April 26, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. The parties agree that time under the Speedy Trial Act shall be excluded through April 26, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: March 1, 2023

*/s/ Melissa Baloian*
Melissa Baloian
Counsel for Jeremy Gober

Dated: March 1, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JEREMY GOBER,<br><br>Defendant. | Case No. 1:22-CR-00326-ADA-BAM<br><br>ORDER |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for March 8, 2023, at 1:00 p.m., is continued until **April 26, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through April 26, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **March 1, 2023**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE