PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JEREMY GOBER, Defendant. | Case No. 1:22-CR-00326-ADA-BAM STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for April 26, 2023, at 1:00 p.m., may be continued until June 14, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. The parties agree that time under the Speedy Trial Act shall be excluded through June 14, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

1  The parties also agree that the ends of justice served by taking this action outweigh the best
2  interests of the public and of the defendant to a speedy trial.

4  Dated:  April 18, 2023     */s/ Melissa Baloian*
                              Melissa Baloian
5                             Counsel for Jeremy Gober

7  Dated:  April 18, 2023     */s/ Joseph Barton*
                              JOSEPH BARTON
8                             Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY GOBER, <br><br> Defendant. | Case No. 1:22-CR-00326-ADA-BAM <br><br> ORDER |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for April 26, 2023, at 1:00 p.m., is continued until **June 14, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through June 14, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **April 19, 2023**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE

3