PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY GOBER, <br><br> Defendant. | Case No. 1:22-CR-00326-ADA-BAM <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the status conference scheduled for September 13, 2023, at 1:00 p.m., may be continued until October 11, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. The defendant has informed the government that he wants to resolve the case through a plea agreement. The parties agree that time under the Speedy Trial Act shall be excluded through October 11, 2023, in the interests of justice, including the need for effective defense preparation, investigation, and consideration of a plea offer pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: September 6, 2023

   */s/ Melissa Baloian*
Melissa Baloian
Counsel for Jeremy Gober

Dated: September 6, 2023

   */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00326-ADA-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JEREMY GOBER, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the status conference scheduled for September 13, 2023, at 1:00 p.m., is continued until **October 11, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through October 11, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **September 6, 2023**          /s/ Barbara A. McAuliffe
                                                                                  UNITED STATES MAGISTRATE JUDGE

3