PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY GOBER, <br><br> Defendant. | Case No. 1:22-CR-00326-ADA-BAM <br><br> STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE OF PLEA HEARING; ORDER |

IT IS HEREBY STIPULATED by and between the government, and Jeremy Gober, through his counsel, that the status conference scheduled for October 11, 2023, at 1:00 p.m., can be vacated and a change of plea hearing can be scheduled for October 30, 2023, at 8:30 a.m., before the Honorable Ana de Alba.  The parties have reached a plea agreement and that agreement will be filed shortly.  Time under the Speedy Trial Act has already been excluded through October 11, 2023.  The parties agree that time shall also be excluded from October 12, 2023, through October 30, 2023, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  October 4, 2023 | */s/ Melissa Baloian* <br> Melissa Baloian <br> Counsel for Jeremy Gober |
| 3 | | |
| 4 | | |
| 5 | Dated:  October 4, 2023 | */s/ Joseph Barton* <br> Joseph Barton <br> Assistant United States Attorney |

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY GOBER, <br><br> Defendant. | Case No. 1:22-CR-00326-ADA-BAM <br><br> STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE OF PLEA HEARING; ORDER |

Upon the stipulation filed by the government, and Jeremy Gober, and for good cause shown, the status conference that is scheduled for October 11, 2023, at 1:00 p.m., is vacated, and a change of plea hearing is scheduled for **October 30, 2023, at 8:30 a.m., before the Honorable Ana de Alba**. Time under the Speedy Trial Act has been excluded through October 11, 2023.

///

///

///

///

Time shall also be excluded from October 12, 2023, through October 30, 2023, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **October 4, 2023**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE