**Melissa Baloain, SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa St., Suite 120**
**Fresno, Ca. 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant JEREMY GOBER

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,   )<br>   )<br>              Plaintiff,   )<br>   )<br>       vs.   )<br>   )<br>JEREMY GOBER,   )<br>   )<br>              Defendant.   )<br>   ) | Case No. 1:22-CR-00326-NODJ-BAM-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>Date: May 20, 2024<br>Time: 8:30 a.m.<br>Court: No District Court Judge |

## STIPULATION

The defendant, JEREMY GOBER, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Joseph Barton, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing hearing on May 20, 2024, at 8:30 a.m.

2. By this stipulation, the parties move to continue the sentencing hearing until **June 5, 2024, at 8:30 a.m.**

3. The parties request the continuance so that Defense has adequate time to continue investigation regarding issues pertaining to Mr. Gober's sentencing. Mr. Gober is also set for a surgery that may have some recovery time. The parties therefore stipulate and request

that the current date set for the sentencing hearing be vacated and that the matter be re-set for sentencing on June 5, 2024.

4. The parties further stipulate and request that the date for filing Formal Objections to the Presentence Report be continued in accordance with this stipulation. Formal Objections shall be filed with the Court no later than May 22, 2024, and a Reply, or Statement of Non-Opposition shall be filed no later than May 29, 2024.

IT IS SO STIUPLATED

Dated: May 3, 2024

/s/ Melissa Baloian
_____
**MELISSA BALOIAN**
Attorney for Defendant

Dated: May 3, 2024

/s/ Joseph Barton
_____
**JOSEPH BARTON**
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from May 20, 2024, to **June 5, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: __**May 3, 2024**__                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE