**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa Street. Suite 120**
**Fresno, California 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant JEREMY GOBER.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>vs.<br><br>JEREMY GOBER,<br><br>  Defendant. | Case No. 1:22-CR-00326-1-LL<br><br>**MOTION TO FILE EXHIBIT B, MEDICAL RECORDS, UNDER SEAL AND ORDER.** |

    Counsel for Mr. Jeremy Gober requests to file Exhibit B, the medical records of Mr. Jeremy Gober while under care at the Bureau of Prisons, under seal. The records contain personal information.

Dated: March 18, 2025     Respectfully submitted,

                                                                                           /s/ *Melissa Baloian*
                                                                                      Melissa Baloian

ORDER

Having received and reviewed the request to seal Exhibit B to the Compassionate Release Motion filed by the Defendant, the Court finds good cause for the sealing of that exhibit and therefore GRANTS the request.

IT IS SO ORDERED.

DATED: March 21, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE