**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa Street. Suite 120**
**Fresno, California 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant JEREMY GOBER.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JEREMY GOBER, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:22-CR-00326-1-LL <br><br> **MOTION TO FILE EXHIBIT F, RELEASE PLAN, UNDER SEAL AND ORDER.** |

    Counsel for Mr. Jeremy Gober requests to file Exhibit F, the release plan of Mr. Jeremy Gober, under seal. The records contain personal information.

Dated: March 18, 2025                              Respectfully submitted,

                                                            /s/ *Melissa Baloian*
                                                             Melissa Baloian

ORDER

Having received and reviewed the request to seal Exhibit F to the Compassionate Release Motion filed by the Defendant, the court finds good cause for the sealing of that exhibit and therefore GRANTS the request.

IT IS SO ORDERED.

DATED: March 21, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE