MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00326-TLN |
|---|---|
| Plaintiff, | STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANT'S COMPASSIONATE RELEASE MOTION |
| v. | |
| JEREMY GOBER, | |
| Defendant. | |

The defendant filed a compassionate release motion on March 18, 2025. The undersigned prosecutor is in trial the week of March 24, 2025. The government also requires two weeks to obtain the defendant's medical records from the Bureau of Prisons.

///

///

///

1   Accordingly, the parties agree that the due date for the government's opposition is April 25,
2   2025, and that the due date for any reply by the defendant is May 9, 2025.
3
4   Dated:  March 24, 2025                    */s/ Melissa Baloian*
                                              Melissa Baloian
5                                             Counsel for Jeremy Gober
6
7   Dated:  March 24, 2025                    */s/ Joseph Barton*
                                              JOSEPH BARTON
8                                             Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00326-TLN |
| Plaintiff, | ORDER |
| v. | |
| JEREMY GOBER, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the due date for the government's opposition to the defendant's pending compassionate release motion is April 25, 2025, and the due date for any reply by the defendant is May 9, 2025.

IT IS SO ORDERED.

Dated: March 24, 2025

_____
Troy L. Nunley
Chief United States District Judge